CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 6 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JANICE S., | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:17cv00196 |
| v. | ) |
| NANCY A. BERRYHILL, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) Chief United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion this date, it is hereby **ORDERED** that the magistrate judge's report and recommendation (ECF No. 17) is **ADOPTED in its entirety**, the Commissioner's motion for summary judgment (ECF No. 15) is **GRANTED**, the plaintiff's motion for summary judgment (ECF No. 13) is **DENIED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered: 09/26/2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge